United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRISTOBAL TEPAZ, individually and on behalf of all others similarly situated, | § § § | CIVIL ACTION NO. 4:19-cv-01236 |
| Plaintiffs, | § § | |
| V. | § § | |
| T & L SINH SINH RESTAURANT CORPORATION | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' Stipulation of Dismissal,

IT IS ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED THIS ___23rd____ day of_____June_____, 2020.

_____
UNITED STATES DISTRICT JUDGE